**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)*_____  Chapter  __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Atlanta Grotnes Machine Company** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **58-0902685** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **305 Selig Drive, SW** **Atlanta, GA 30336** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Atlanta Grotnes Machine Company**
Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| District | When | Case number |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | Relationship |
|---|---|
| _____ | _____ |
| District | When | Case number, if known |
| _____ | _____ | _____ |

Debtor    **Atlanta Grotnes Machine Company**
_____    Case number (*if known*) _____
Name

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | | |
|---|---|---|---|
| | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | ☐ 200-999 | | |

| 15. | **Estimated Assets** | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Atlanta Grotnes Machine Company**                                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2017**
              MM / DD / YYYY

**X** **/s/ Alan Grotnes** _____          **Alan Grotnes** _____
       Signature of authorized representative of debtor    Printed name

Title   **Vice President, Operations** _____

**18. Signature of attorney**

**X** **/s/ Ashley Reynolds Ray** _____   Date   **June 30, 2017** _____
       Signature of attorney for debtor                     MM / DD / YYYY

**Ashley Reynolds Ray**
Printed name

**Scroggins & Williamson, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone   **404-893-3880**      Email address   **centralstation@swlawfirm.com**

**601559**
Bar number and State

**UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF DIRECTORS
OF ATLANTA GROTNES MACHINE COMPANY**

**JUNE 28, 2017**

The undersigned, being all of the members of the Board of Directors (the "Board") of Atlanta Grotnes Machine Company, a Georgia corporation (the "Company"), do hereby consent to and adopt the following resolutions, which shall have the same force and effect as if taken by unanimous affirmative vote at a meeting of the Board duly called and held for the purpose of acting on proposals to adopt such resolutions, and direct that this written consent be filed with the minutes of the proceedings of the Company:

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that Alan Grotnes, the Company's Vice President, and each and every other officer of the Company and their designees (each, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

**RESOLVED**, that the law firm of Scroggins & Williamson, P.C., with an office currently located in Atlanta, Georgia, be, and it hereby is, employed as Chapter 11 counsel for the Company under a general retainer in connection with the prosecution of the Company's case under chapter 11 of the Code;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case, including, but not limited to, motions to obtain authority to use cash collateral and/or to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Company's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the Company and the defense of claims asserted against the Company, including the continuation of any litigation pending at the time of the Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officers, or their designate, deem necessary, proper and

desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company additional financial advisors, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

**RESOLVED**, that the Authorized Officers of the Company, or their designate, be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

**IN WITNESS WHEREOF**, the undersigned have executed this consent as of the date first written above.

MEMBERS OF THE BOARD OF DIRECTORS

# Electronic Filing Client Status History

| | |
|---|---|
| Client: | ATLANTA GROTNES MACHINE CO. |
| Client EIN: | 58-0902685 |
| Type: | 1120 Fed |
| Ret. SBM ID: | |
| 1st Ext. SBM ID: | 5882772017104000rxqq |

**Return History:**

| Status | Status Date | Description |
|---|---|---|
| 1st Extension Accepted | 04/14/2017 | 1st Extension Accepted |
| **Status** | **Status Date** | **Description** |
| 1st Extension Sent to IRS | 04/14/2017 | 1st Extension Sent to IRS |
| **Status** | **Status Date** | **Description** |
| 1st Extension Received by Intuit | 04/14/2017 | 1st Extension Received by Intuit |
| **Status** | **Status Date** | **Description** |
| 1st Extension Transmitted | 04/14/2017 | 1st Extension Transmitted |
| **Status** | **Status Date** | **Description** |
| 1st Extension Ready to Transmit | 04/14/2017 | 1st Extension Converted for EF |
| **Status** | **Status Date** | **Description** |
| 1st Extension Marked for EF | 04/14/2017 | 1st Extension Marked for EF |
| **Status** | **Status Date** | **Description** |
| Return Marked for EF | 04/14/2017 | Return Marked for EF |
| **Status** | **Status Date** | **Description** |
| Return Transferred for EF | 02/14/2017 | Return Transferred for EF |

| Form **1120** | **U.S. Corporation Income Tax Return** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2015 or tax year beginning _____ , 2015, ending _____ , _____ ► Information about Form 1120 and its separate instructions is at *www.irs.gov/form1120.* | **2015** |

**A Check if:**
- 1 a Consolidated return (attach Form 851) ☐
- b Life/nonlife consolidated return ☐
- 2 Personal holding co. (attach Sch. PH) ☐
- 3 Personal service corp. (see instructions) ☐
- 4 Schedule M-3 attached ☐

TYPE OR PRINT

**Name**
ATLANTA GROTNES MACHINE CO., INC.

**Number, street, and room or suite no. If a P.O. box, see instructions.**
305 SELIG DRIVE, SW

**City or town, state, or province, country, and ZIP or foreign postal code**
ATLANTA    GA  30336

**B Employer identification number**
58-0902685

**C Date incorporated**
04/01/1963

**D Total assets (see instructions)**
$    1,208,080.

**E Check if:** (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

| | | | | |
|---|---|---|---|---:|
| **I N C O M E** | 1 a Gross receipts or sales | 1a | 4,067,245. | |
| | b Returns and allowances | 1b | | |
| | c Balance. Subtract line 1b from line 1a | | 1c | 4,067,245. |
| | 2 Cost of goods sold (attach Form 1125-A) | | 2 | 3,751,921. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 315,324. |
| | 4 Dividends (Schedule C, line 19) | | 4 | 503. |
| | 5 Interest | | 5 | 10. |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | |
| | 10 Other income (see instructions — attach statement) See Other Income Statement | | 10 | 1,760. |
| | 11 **Total income.** Add lines 3 through 10 ► | | 11 | 317,597. |
| **D E D U C T I O N S (SEE INSTRUCTIONS FOR LIMITATIONS ON DEDUCTIONS)** | 12 Compensation of officers (see instructions — attach Form 1125-E) ► | | 12 | 232,519. |
| | 13 Salaries and wages (less employment credits) | | 13 | 87,337. |
| | 14 Repairs and maintenance | | 14 | 5,061. |
| | 15 Bad debts | | 15 | |
| | 16 Rents | | 16 | |
| | 17 Taxes and licenses | | 17 | 117,008. |
| | 18 Interest | | 18 | 23,213. |
| | 19 Charitable contributions | | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | 20,174. |
| | 21 Depletion | | 21 | |
| | 22 Advertising | | 22 | 14,809. |
| | 23 Pension, profit-sharing, etc., plans | | 23 | 41,663. |
| | 24 Employee benefit programs | | 24 | 49,749. |
| | 25 Domestic production activities deduction (attach Form 8903) | | 25 | 0. |
| | 26 Other deductions (attach statement) See Other Deductions Statement | | 26 | 535,236. |
| | 27 **Total deductions.** Add lines 12 through 26 ► | | 27 | 1,126,769. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -809,172. |
| | 29a Net operating loss deduction (see instructions) | 29a | | |
| | b Special deductions (Schedule C, line 20) | 29b | | |
| | c Add lines 29a and 29b | | 29c | |
| **TAX, REFUNDABLE CREDITS, AND PAYMENTS** | 30 **Taxable income.** Subtract line 29c from line 28 (see instructions) | | 30 | -809,172. |
| | 31 Total tax (Schedule J, Part I, line 11) | | 31 | |
| | 32 Total payments and refundable credits (Schedule J, Part II, line 21) | | 32 | |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | 33 | |
| | 34 **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed | | 34 | |
| | 35 **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2016 estimated tax ► _____ Refunded ► | | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title COO

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | | PTIN |
|---|---|---|---|---|
| J. J. Smith, CPA | J. J. Smith, CPA | 03/04/16 | Check ☒ if self-employed | P01394384 |
| Firm's name ► Smith Financial & Acctg Svcs, LLC | | | Firm's EIN ► | 45-4319284 |
| Firm's address ► 241 Lake Forrest Ln NE | | | | |
| Atlanta   GA  30342 | | | Phone no. | (404) 481-5067 |

BAA For Paperwork Reduction Act Notice, see separate instructions.    CPCA0212  08/25/15    Form 1120 (2015)

Form 1120 (2015)    ATLANTA GROTNES MACHINE CO., INC.    58-0902685    Page **2**

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) Percentage | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

Form 1120 (2015)

Form 1120 (2015)   ATLANTA GROTNES MACHINE CO., INC.                                58-0902685        Page **3**

| Schedule J | Tax Computation and Payment (see instructions) |
|---|---|

**Part I — Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) · · · · · · ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation | | |
| | (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ ☐ | 2 | |
| 3 | Alternative minimum tax (attach Form 4626) · · · · · · · · · · · · · · · · · · · · · · · · · | 3 | |
| 4 | Add lines 2 and 3. · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 4 | |
| 5a | Foreign tax credit (attach Form 1118) · · · · · · · · · · · | 5a | | |
| b | Credit from Form 8834 (see instructions) · · · · · · · · · | 5b | | |
| c | General business credit (attach Form 3800) · · · · · · · · | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) · · · | 5d | | |
| e | Bond credits from Form 8912 · · · · · · · · · · · · · · | 5e | | |
| 6 | Total credits. Add lines 5a through 5e · · · · · · · · · · · · · · · · · · · · · · · · · · | 6 | |
| 7 | Subtract line 6 from line 4. · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) · · · · · · · · · · · · · · · | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) · · · · · | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) · · · · · · · · · | 9b | | |
| c | Interest due under the look-back method — completed long-term contracts | | | |
| | (attach Form 8697) · · · · · · · · · · · · · · · · · · · | 9c | | |
| d | Interest due under the look-back method — income forecast method (attach | | | |
| | Form 8866) · · · · · · · · · · · · · · · · · · · · · · · | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) · · · · · | 9e | | |
| f | Other (see instructions — attach statement) · · · · · · · · | 9f | | |
| 10 | Total. Add lines 9a through 9f · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 10 | |
| 11 | Total tax. Add lines 7, 8, and 10. Enter here and on page 1, line 31 · · · · · · · · · · · · · | 11 | |

**Part II — Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 12 | 2014 overpayment credited to 2015 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 12 | |
| 13 | 2015 estimated tax payments. · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 13 | |
| 14 | 2015 refund applied for on Form 4466 · · · · · · · · · · · · · · · · · · · · · · · · · · · | 14 | |
| 15 | Combine lines 12, 13, and 14. · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 15 | |
| 16 | Tax deposited with Form 7004 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 16 | |
| 17 | Withholding (see instructions). · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 17 | |
| 18 | Total payments. Add lines 15, 16 and 17 · · · · · · · · · · · · · · · · · · · · · · · · · · | 18 | |
| 19 | Refundable credits from: | | |
| a | Form 2439 · · · · · · · · · · · · · · · · · · · · · · · | 19a | | |
| b | Form 4136 · · · · · · · · · · · · · · · · · · · · · · · | 19b | | |
| c | Form 8827, line 8c · · · · · · · · · · · · · · · · · · · | 19c | | |
| d | Other (attach statement — see instructions) · · · · · · · · | 19d | | |
| 20 | Total credits. Add lines 19a through 19d · · · · · · · · · · · · · · · · · · · · · · · · · · | 20 | |
| 21 | Total payments and credits. Add lines 18 and 20. Enter here and on page 1, line 32 · · · · · · | 21 | |

| Schedule K | Other Information (see instructions) |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash   b ☒ Accrual   c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶  332700 | | |
| b | Business activity ▶  Maunfacturing | | |
| c | Product or service ▶  Machinery | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? · · · · · · · · · · | | X |
| | If 'Yes,' enter name and EIN of the parent corporation ▶ | | |
| | _____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part I of Schedule G (Form 1120) (attach Schedule G) · · · · · · · · · | | X |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If 'Yes,' complete Part II of Schedule G (Form 1120) (att Schedule G) · · · · · · | X | |

BAA                              CPCA0234   08/25/15                              Form **1120** (2015)

Form 1120 (2015)  ATLANTA GROTNES MACHINE CO., INC.                    58-0902685            Page **4**

| Schedule K | Other Information *continued* (see instructions) | | | |

**5** At the end of the tax year, did the corporation:

| | Yes | No |
|---|---|---|
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

If 'Yes,' complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned In Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Yes | No |
|---|---|---|
| **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

If 'Yes,' complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned In Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **6** | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.) . . . . . . . . . . . | | X |
| | If 'Yes,' file **Form 5452**, Corporate Report of Nondividend Distributions. | | |
| | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary | | |
| **7** | At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of (**a**) the total voting power of all classes of the corporation's stock entitled to vote or (**b**) the total value of all classes of the corporation's stock? . . . . . . . . . . | | X |
| | For rules of attribution, see section 318. If 'Yes,' enter: | | |
| | (**i**) Percentage owned ▶ _ _ _ _ _ _ _ _ and (**ii**) Owner's country ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | (**c**) The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _ _ _ _ _ _ _ _ _ _ _ | | |
| **8** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **9** | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **10** | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **11** | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ▶ ☐ If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| **12** | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ $ _ _ _ _ _ _ _ _ _ 1,629,571 | | |
| **13** | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If 'Yes,' the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **14** | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement (see instructions)? . . . . . . . | | X |
| | If 'Yes,' complete and attach Schedule UTP. | | |
| **15a** | Did the corporation make any payments in 2015 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . | X | |
| **b** | If 'Yes,' did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **16** | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **17** | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . | | X |
| **18** | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

CPCA0234   08/25/15                                                              Form **1120** (2015)

Form 1120 (2015)    ATLANTA GROTNES MACHINE CO., INC.    58-0902685    Page **5**

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash . . . . . . . . . . . . . | | 74,230. | | 247,186. |
| 2a | Trade notes and accounts receivable . . . . . | 536,454. | | 462,676. | |
| b | Less allowance for bad debts . . . . | | 536,454. | | 462,676. |
| 3 | Inventories . . . . . . . . . . | | 2,133,341. | | 295,257. |
| 4 | U.S. government obligations . . . . . | | | | |
| 5 | Tax-exempt securities (see instructions) . . . . | | | | |
| 6 | Other current assets (attach statement) Ln .6. Stmt. | | 5,960. | | 15,704. |
| 7 | Loans to shareholders . . . . . . | | | | |
| 8 | Mortgage and real estate loans . . . . | | | | |
| 9 | Other investments (attach statement) .Ln .9. Stmt. | | 21,711. | | 24,108. |
| 10a | Buildings and other depreciable assets . . . . . | 3,080,039. | | 3,086,139. | |
| b | Less accumulated depreciation . . . . . . . | 2,916,277. | 163,762. | 2,936,451. | 149,688. |
| 11a | Depletable assets . . . . . . | | | | |
| b | Less accumulated depletion . . . . . | | | | |
| 12 | Land (net of any amortization) . . . . . | | 12,661. | | 12,661. |
| 13a | Intangible assets (amortizable only) . . . . . | 800. | | 800. | |
| b | Less accumulated amortization . . . . . . | 800. | 0. | 800. | 800. |
| 14 | Other assets (attach statement) . . . . | | | | |
| 15 | Total assets . . . . . . . . . | | 2,948,919. | | 1,208,080. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable . . . . . . . . | | 213,012. | | 77,548. |
| 17 | Mortgages, notes, bonds payable in less than 1 year . . | | | | |
| 18 | Other current liabilities (attach stmt) . .Ln. 18. Stmt. | | 1,680,519. | | 958,312. |
| 19 | Loans from shareholders . . . . . . | | 710,000. | | 623,000. |
| 20 | Mortgages, notes, bonds payable in 1 year or more . . . | | | | |
| 21 | Other liabilities (attach statement) . . . . . | | | | |
| 22 | Capital stock:    a Preferred stock . . . . . | | | | |
| | b Common stock . . . . . . . | 47,276. | 47,276. | 47,276. | 47,276. |
| 23 | Additional paid-in capital . . . . . . . | | | | 15,197. |
| 24 | Retained earnings — Approp (att stmt) . . . . . | | | | |
| 25 | Retained earnings — Unappropriated . . . . . . | | 298,112. | | -513,253. |
| 26 | Adjmt to shareholders' equity (att stmt) . . . . . | | | | |
| 27 | Less cost of treasury stock . . . . . . | | | | |
| 28 | Total liabilities and shareholders' equity . . . . | | 2,948,919. | | 1,208,080. |

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income per Return |
|---|---|
| | Note: The corporation may be required to file Schedule M-3 (see instructions). |

| 1 | Net income (loss) per books . . . . . . . . . | -811,365. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books . . . . . . . . | 0. | | Tax-exempt interest $ _ _ _ _ _ _ _ _ _ _ | |
| 3 | Excess of capital losses over capital gains . . . | | | See Ln 7 Stmt _ _ _ _ _ _ _ _4. | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | 4. |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | | a Depreciation . $ _ _ _ _ _ _ _ _ | |
| | | | | b Charitable contribs $ _ _ _ _ _ _ | |
| a | Depreciation . . . . $ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| b | Charitable contributions . $ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| c | Travel & entertainment . $ _ _ _ _299. | | | | |
| | See Ln 5 Stmt _ _ _ _ _ _ _1,898. | | 9 | Add lines 7 and 8 . . . . . . . . | 4. |
| 6 | Add lines 1 through 5 . . . . . . . . . | -809,168. | 10 | Income (page 1, line 28) — line 6 less line 9 . . . | -809,172. |

| Schedule M-2 | Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L) |
|---|---|

| 1 | Balance at beginning of year . . . . . . . . | 298,112. | 5 | Distributions . . . . . . . . . a Cash . | |
| 2 | Net income (loss) per books . . . . . . . . | -811,365. | | b Stock    c Property . | |
| 3 | Other increases (itemize): | | 6 | Other decreases (itemize): | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | 7 | Add lines 5 and 6 . . . . . . . | |
| 4 | Add lines 1, 2, and 3 . . . . . . . . | -513,253. | 8 | Balance at end of year (line 4 less line 7) . . . . | -513,253. |

CPCA0234  08/25/15

Form **1120** (2015)

**Form 1125-A**

(Rev December 2012)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

► Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.
► Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a*.

OMB No. 1545-2225

| Name | Employer identification number |
|------|-------------------------------|
| ATLANTA GROTNES MACHINE CO., INC. | 58-0902685 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 2,133,341. |
| 2 | Purchases | 2 | 1,357,762. |
| 3 | Cost of labor | 3 | 884,371. |
| 4 | Additional section 263A costs (attach schedule)  See Additional Section 263A Costs Statement. | 4 | -328,296. |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 4,047,178. |
| 7 | Inventory at end of year | 7 | 295,257. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | 8 | 3,751,921. |

**9 a** Check all methods used for valuing closing inventory:
  (i) ☒ Cost
  (ii) ☐ Lower of cost or market
  (iii) ☐ Other (Specify method used and attach explanation)  ► _____

**b** Check if there was a writedown of subnormal goods  ► ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)  ► ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)?  ☒ Yes  ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation  ☐ Yes  ☒ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**  Form 1125-A (Rev 12-2012)

CPCZ0401   12/26/12

**SCHEDULE G**
(Form 1120)
(Rev December 2011)

Department of the Treasury
Internal Revenue Service

# Information on Certain Persons Owning the Corporation's Voting Stock

► Attach to Form 1120.

► See instructions.

OMB No. 1545-0123

| Name | Employer Identification number (EIN) |
|---|---|
| ATLANTA GROTNES MACHINE CO., INC. | 58-0902685 |

**Part I**  **Certain Entities Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4a).
Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Certain Individuals and Estates Owning the Corporation's Voting Stock.** (Form 1120, Schedule K, Question 4b).
Complete columns (i) through (iv) below for any individual or estate that owns directly 20% or more, or owns, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| Eugene Grotnes | ████████ | US | 93.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BAA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1120.**

CPCA1901    06/02/11

**Schedule G (Form 1120) (Rev 12-2011)**

Form **1125-E**
(Rev December 2013)

Department of the Treasury
Internal Revenue Service

**Compensation of Officers**

► Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
► Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-2225

Name

ATLANTA GROTNES MACHINE CO., INC.

Employer identification number

58-0902685

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | Alan Grotnes | | 100.0 % | 6.0 % | % | 65,481. |
| | Carl Grotnes | | 100.0 % | 6.0 % | % | 62,596. |
| | Myra Kimmerling | | 100.0 % | % | % | 41,846. |
| | Scott Wasilewski | | 100.0 % | 7.0 % | % | 62,596. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 232,519. |
|---|---|---|
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . . | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 232,519. |

**BAA  For Paperwork Reduction Act Notice, see separate Instructions.**

Form **1125-E** (Rev 12-2013)

CPCA2101   06/26/13

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

### Depreciation and Amortization
### (Including Information on Listed Property)
► Attach to your tax return.
► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562.*

OMB No. 1545-0172

**2015**

Attachment
Sequence No. **179**

Name(s) shown on return
ATLANTA GROTNES MACHINE CO., INC.

Identifying number
58-0902685

Business or activity to which this form relates
Form 1120 Line 20

| **Part I** | **Election To Expense Certain Property Under Section 179** |
|---|---|

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . . . . . . | 3 | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . . . . . . . . . . . | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . . . | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . . . . . . . . . | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 . . . . . . . . . . . . . . . . | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) . . . . . | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . . . | | 12 | |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 . . . . . . ► | 13 | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

| **Part II** | **Special Depreciation Allowance and Other Depreciation** (Do not include listed property.) (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14 | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |

| **Part III** | **MACRS Depreciation** (Do not include listed property.) (See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 . . . . . . . . . . . . . | 17 | 20,174. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐ | | |

**Section B — Assets Placed in Service During 2015 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property . . . . . . | | | | | | |
| b 5-year property . . . . . . | | | | | | |
| c 7-year property . . . . . . | | | | | | |
| d 10-year property . . . . . | | | | | | |
| e 15-year property . . . . . | | | | | | |
| f 20-year property . . . . . | | | | | | |
| g 25-year property . . . . . | | | 25 yrs | | S/L | |
| h Residential rental | | | 27.5 yrs | MM | S/L | |
| property . . . . . . . . . | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real | | | 39 yrs | MM | S/L | |
| property . . . . . . . . | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a Class life . . . . . . . . | | | | | S/L | |
| b 12-year . . . . . . . . . | | | 12 yrs | | S/L | |
| c 40-year . . . . . . . . . | | | 40 yrs | MM | S/L | |

| **Part IV** | **Summary** (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions . . . . . . . . . . . . | 22 | 20,174. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . . | 23 | |

BAA  For Paperwork Reduction Act Notice, see separate instructions.          FDIZ0812 10/27/15          Form **4562** (2015)

Form 4562 (2015)  ATLANTA GROTNES MACHINE CO., INC.  58-0902685  Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.) |

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A — Depreciation and Other Information (Caution: *See the instructions for limits for passenger automobiles.*)**

| 24 a Do you have evidence to support the business/investment use claimed? . . . . . | X | Yes | | No | 24b If 'Yes,' is the evidence written? . . . . | X | Yes | | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) . . . . . . . . . . . . . | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| 28 | Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . . . | 28 | |
| 29 | Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . . . . . . | | 29 |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Total business/investment miles driven during the year (**do not** include commuting miles) . . . . . . . . | | | | | | | | | | | | |
| 31 | Total commuting miles driven during the year . . . . | | | | | | | | | | | | |
| 32 | Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 | Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . . . . | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 | Was the vehicle available for personal use during off-duty hours? . . . . . . . | | | | | | | | | | | | |
| 35 | Was the vehicle used primarily by a more than 5% owner or related person? . . . . . | | | | | | | | | | | | |
| 36 | Is another vehicle available for personal use? . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . . . . . . . . | X | |
| 39 | Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . . . | | X |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.) . . . . . . . . . | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

| **Part VI** | **Amortization** |

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2015 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2015 tax year . . . . . . . . . . . . . . | | | 43 | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . | | | 44 | | |

FDIZ0812  10/27/15

Form **4562** (2015)

Form **8879-C**

**IRS _e-file_ Signature Authorization for Form 1120**

OMB No. 1545-0123

For calendar year 2015, or tax year beginning _____ , 2015, ending _____ , _____

► Do not send to the IRS. Keep for your records.

**2015**

Department of the Treasury
Internal Revenue Service

► Information about Form 8879-C and its instructions is at *www.irs.gov/form8879c.*

Name of corporation

ATLANTA GROTNES MACHINE CO., INC.

Employer identification number

58-0902685

## Part I   Tax Return Information (Whole dollars only)

| | | |
|---|---|---|
| 1 Total income (Form 1120, line 11) | 1 | 317,597. |
| 2 Taxable income (Form 1120, line 30) | 2 | -809,172. |
| 3 Total tax (Form 1120, line 31) | 3 | |
| 4 Amount owed (Form 1120, line 34) | 4 | |
| 5 Overpayment (Form 1120, line 35) | 5 | |

## Part II   Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2015 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) the reason for any delay in processing the return or refund, and (c) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize  JOHN SMITH  to enter my PIN  ▮▮▮▮▮▮  as my signature

ERO firm name                    do not enter all zeros

on the corporation's 2015 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2015 electronically filed income tax return.

Officer's signature ►_____  Date ►_____  Title ► COO

## Part III   Certification and Authentication

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN . . . . . . . . . . . . . . . . . . .  58827726752

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2015 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub 3112,** IRS *e-file* Application and Participation, and **Pub 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ►_____  Date ► 03/04/16

### ERO Must Retain This Form — See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

BAA  For Paperwork Reduction Act Notice, see instructions.

Form 8879-C (2015)

CPCA1201   07/22/15

Form 1120, Line 29a          **Net Operating Loss Worksheet**          2015

| Name | Employer Identification Number |
|------|-------------------------------|
| ATLANTA GROTNES MACHINE CO., INC. | 58-0902685 |

**CURRENT LAW:  Two year carryback, twenty year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2014 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2013 . . . . . . . . . . . . . . . . . . . . . . . . | 410,812. | | 410,812. |
| 2012 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2011 . . . . . . . . . . . . . . . . . . . . . . . . | 870,885. | | 870,885. |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . | 347,874. | | 347,874. |
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2008 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2007 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2003 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2002 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2001 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2000 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 1999 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 1998 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 1997 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Total new law . . . . . . . . . . . . . . . . . . . . | 1,629,571. | | 1,629,571. |

**OLD LAW:  Three year carryback, fifteen year carryover**

| NOL Carryover Year | A Carryover | B Less Carrybacks/ Carryovers | C Adjusted Carryover |
|---|---|---|---|
| 2011 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2010 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2009 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2008 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2007 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2006 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2005 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2004 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2003 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2002 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2001 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 2000 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 1999 . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 1998 . . . . . . . . . . . . . . . . . . . . . . . . | | | |

1997 . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Total old law . . . . . . . . . . . . . . . . . . . . . . . . .

| ATLANTA GROTNES MACHINE CO., INC. | 58-0902685 |

## Net Operating Loss Summary

| NOL Carryover Year | A NOL Carryover Available | B Deduction Allowed in Current Year | C Adjustment Under Section 172(b)(2) | D Remaining Carryover 20 Years | E Remaining Carryover 15 Years* |
|---|---|---|---|---|---|
| 2014 . . . . . . | | | | | |
| 2013 . . . . . . | 410,812. | | | 410,812. | |
| 2012 . . . . . . | | | | | |
| 2011 . . . . . . | 870,885. | | | 870,885. | 0. |
| 2010 . . . . . . | 347,874. | | | 347,874. | 0. |
| 2009 . . . . . . | | | | | |
| 2008 . . . . . . | | | | | |
| 2007 . . . . . . | | | | | |
| 2006 . . . . . . | | | | | |
| 2005 . . . . . . | | | | | |
| 2004 . . . . . . | | | | | |
| 2003 . . . . . . | | | | | |
| 2002 . . . . . . | | | | | |
| 2001 . . . . . . | | | | | |
| 2000 . . . . . . | | | | | |
| 1999 . . . . . . | | | | | |
| 1998 . . . . . . | | | | | |
| 1997 . . . . . . | | | | | |
| Totals . . . . . | 1,629,571. | | | 1,629,571. | 0. |

| | |
|---|---|
| Less: Carryover expiring due to 15-year limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Add: Current year net operating loss . . . . . . . . . . . . . . . . . . . . . . . . . . | 809,172. |
| Less: Carryback of current year net operating loss . . . . . . . . . . . . . . . . . . . . | |
| Net operating loss carryover to next year . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,438,743. |

* The 15 year carryover based on the Old Law reached it's final carryover year.

cpcw7601.SCR   09/29/15

ATLANTA GROTNES MACHINE CO., INC.   58-0902685

1

Form 1120, Page 1, Line 10
**Other Income Statement**

| | |
|---|---|
| Misc income | 1,760. |
| Total | 1,760. |

Form 1120, Page 1, Line 26
**Other Deductions Statement**

| | |
|---|---|
| Dues and subscriptions | 140. |
| Auto insurance | 5,265. |
| Property insurance | 94,895. |
| Workers comp insurance | 49,166. |
| Shipping supplies | 13,214. |
| Bank, credit card charges | 5,683. |
| Janitorial | 6,231. |
| Computer and internet expenses | 10,754. |
| Office supplies | 9,016. |
| Maintenance contracts | 37,346. |
| Telephone expense | 14,142. |
| Utilities | 75,933. |
| 401k administration | 4,437. |
| Miscellaneous | 400. |
| Travel expense | 82,995. |
| Professional fees | 103,258. |
| MEALS AND ENTERTAINMENT (50%) | 299. |
| Auto expense | 22,062. |
| Total | 535,236. |

Form 1120, Page 5, Schedule L, Line 6
**Ln 6 Stmt**

| Other Current Assets: | Beginning of tax year | End of tax year |
|---|---|---|
| Prepaid Expenses | 0. | |
| Employee loans | 5,958. | 5,000. |
| Rounding | 2. | |
| Undeposited funds | | 10,704. |
| Total | 5,960. | 15,704. |

Form 1120, Page 5, Schedule L, Line 9
**Ln 9 Stmt**

| Other Investments: | Beginning of tax year | End of tax year |
|---|---|---|
| Cash value of life insurance | 10,486. | 12,882. |
| Prudential Financial stock | 11,225. | 11,225. |
| Rounding | | 1. |
| Total | 21,711. | 24,108. |

ATLANTA GROTNES MACHINE CO., INC.  58-0902685

2

Form 1120, Page 5, Schedule L, Line 18
**Ln 18 Stmt**

| **Other Current Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| Customer Deposits | 1,680,502. | 942,976. |
| Accrued Payroll | 0. | 0. |
| Accrued Insurance | 0. | 0. |
| Sales tax payable | 17. | 0. |
| State tax withheld | 0. | 0. |
| Credit card balance | | 15,336. |
| Total | 1,680,519. | 958,312. |

Form 1120, Page 4, Schedule M-1, Line 5
**Ln 5 Stmt**

| | |
|---|---|
| Life insurance premiums | 1,898. |
| Total | 1,898. |

Form 1120, Page 4, Schedule M-1, Line 7
**Ln 7 Stmt**

| | |
|---|---|
| Rounding | 4. |
| Total | 4. |

Form 1125-A, Line 4
**Additional Section 263A Costs Statement**

| | |
|---|---|
| Indirect Costs allocated to inventory | -328,296. |
| Total | -328,296. |

2:07 PM

06/29/17

Accrual Basis

## Atlanta Grotnes Machine Company
## Balance Sheet
### As of June 29, 2017

|  | Jun 29, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10200 · Bus Checking Main -7306 | 72,757.27 |
| **Total Checking/Savings** | 72,757.27 |
| **Accounts Receivable** | |
| 11300 · Net Accounts Receivable | |
| 11001 · Gross Accounts Receivable | 411,220.45 |
| **Total 11300 · Net Accounts Receivable** | 411,220.45 |
| **Total Accounts Receivable** | 411,220.45 |
| **Other Current Assets** | |
| 12050 · Organization Expense | 800.00 |
| 12100 · Employee Advances | 5,450.00 |
| 12999 · Undeposited Funds | 55.51 |
| 14000 · Inventory | |
| 14001 · Inventory - Raw Materials | 80,430.34 |
| 14005 · Inventory - In Process | |
| 14100 · Machine & Equipment | |
| 15-3252 Prolec GE | 196,639.26 |
| 15-3256 Greif Costa Rica | 160,513.19 |
| **Total 14100 · Machine & Equipment** | 357,152.45 |
| 14500 · Parts and Tools | |
| 16-0433 Rheem Sales | 33,520.05 |
| 17-0463 Trinity Industries | 6,941.20 |
| 17-0464 TFT | 2,119.21 |
| 17-0465 Greif | 3,602.92 |
| 17-0475 TFT | 4,920.55 |
| 17-0478 American Servoil | 1,113.10 |
| 17-0479 TFT | 1,021.86 |
| 17-0482 Kearny Steel | 25.26 |
| 17-0484 AO Smith- Ashland City | 592.00 |
| 17-0487 Confidence Electric | 518.70 |
| 17-0489 TFT | 831.82 |
| 17-0491 Cooper Power | 90.54 |
| 17-0492 A.O. Smith- Ashland | 482.60 |
| 17-0494 Envasas Y Laminados | 1,873.87 |
| 17-0498 Greif LLC | 265.41 |
| 14898 · Parts&Tools Purchses (Temp Clr) | 46,104.65 |
| **Total 14500 · Parts and Tools** | 104,023.74 |
| 14900 · Closing Tool | 22,694.58 |
| **Total 14005 · Inventory - In Process** | 483,870.77 |
| **Total 14000 · Inventory** | 564,301.11 |
| **Total Other Current Assets** | 570,606.62 |
| **Total Current Assets** | 1,054,584.34 |
| **Fixed Assets** | |
| 15000 · Furniture and Equipment | 6,100.00 |
| 15100 · Land | 12,661.00 |
| 15200 · Bldgs & Other Depreciable Asset | 2,272,699.53 |
| 15700 · Accumulated Depreciation | -2,152,388.72 |
| **Total Fixed Assets** | 139,071.81 |

2:07 PM

06/29/17

Accrual Basis

# Atlanta Grotnes Machine Company
## Balance Sheet
### As of June 29, 2017

|  | Jun 29, 17 |
|---|---|
| **Other Assets** | |
| 19000 · Life Ins(CV)& Prudential Stock | 26,160.77 |
| **Total Other Assets** | 26,160.77 |
| **TOTAL ASSETS** | **1,219,816.92** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 44,850.38 |
| **Total Accounts Payable** | 44,850.38 |
| **Credit Cards** | |
| 22100 · American Express | 35,331.43 |
| 22200 · Home Depot | 1,300.32 |
| 22300 · Chase Visa | 51,576.09 |
| **Total Credit Cards** | 88,207.84 |
| **Other Current Liabilities** | |
| 20290 · Loans from Shareholders | |
| 20291 · Alice Grotnes | 445,000.00 |
| 20292 · Eugene Grotnes | 129,000.00 |
| **Total 20290 · Loans from Shareholders** | 574,000.00 |
| 21000 · Payroll Liabilities | |
| 21700 · Family Support Registry | 507.00 |
| **Total 21000 · Payroll Liabilities** | 507.00 |
| 21300 · Customer Deposits | 1,530,079.70 |
| 25500 · *Sales Tax Payable | 243.17 |
| **Total Other Current Liabilities** | 2,104,829.87 |
| **Total Current Liabilities** | 2,237,888.09 |
| **Total Liabilities** | 2,237,888.09 |
| **Equity** | |
| 32000 · Retained Earnings | -1,170,917.11 |
| 35050 · Capital Stock | 47,276.00 |
| 35100 · Add'l Paid In Capital | 15,197.01 |
| Net Income | 90,944.82 |
| **Total Equity** | -1,017,499.28 |
| **TOTAL LIABILITIES & EQUITY** | **1,220,388.81** |

2:07 PM

06/29/17

# Atlanta Grotnes Machine Company
## Statement of Cash Flows
### January 1 through June 29, 2017

|  | Jan 1 - Jun 29, 17 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 90,944.82 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| 11300 · Net Accounts Receivable:11001 · Gross Accounts Receivable | -162,723.67 |
| 14000 · Inventory:14001 · Inventory - Raw Materials | -40,916.00 |
| 14000 · Inventory:14005 · Inventory - In Process:14100 · Machine & Equipment:1... | -1,603.12 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:16-0433... | -14,731.89 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0463... | -6,941.20 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0464... | -2,119.21 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0465... | -3,602.92 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0475... | -4,920.55 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0478... | -1,113.10 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0479... | -1,021.86 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0482... | -25.26 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0484... | -592.00 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0487... | -518.70 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0489... | -831.82 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0491... | -90.54 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0492... | -482.60 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0494... | -1,873.87 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:17-0498... | -265.41 |
| 14000 · Inventory:14005 · Inventory - In Process:14500 · Parts and Tools:14898 · ... | -46,104.65 |
| 14000 · Inventory:14005 · Inventory - In Process:14900 · Closing Tool | -20.00 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14992 · M & E - Shipped Cu... | 242,372.05 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14992 · M & E - Shipped Cu... | 5,780.68 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14992 · M & E - Shipped Cu... | 121,591.82 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14992 · M & E - Shipped Cu... | 161,597.44 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14992 · M & E - Shipped Cu... | 4,304.69 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | 1,301.53 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | 6,381.31 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | 1,060.00 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | 7,135.21 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | 2,111.61 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | 2,710.00 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | 763.00 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | 1,851.15 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | -574.12 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | -984.15 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | -646.80 |
| 14000 · Inventory:14990 · Inven- Shipped Current Yr.:14995 · Parts & Tools- Ship... | -202.04 |
| 20000 · Accounts Payable | -61,931.79 |
| 22100 · American Express | 21,904.70 |
| 22200 · Home Depot | 386.92 |
| 22300 · Chase Visa | 49,521.07 |
| 20290 · Loans from Shareholders:20292 · Eugene Grotnes | -5,000.00 |
| 21000 · Payroll Liabilities:21700 · Family Support Registry | 507.00 |
| 21300 · Customer Deposits | -339,745.00 |
| 25500 · *Sales Tax Payable | -141.99 |
| **Net cash provided by Operating Activities** | 22,500.74 |
| **INVESTING ACTIVITIES** |  |
| 15200 · Bldgs & Other Depreciable Asset | 177,526.89 |
| 15700 · Accumulated Depreciation | -174,456.36 |
| **Net cash provided by Investing Activities** | 3,070.53 |
| **Net cash increase for period** | 25,571.27 |
| **Cash at beginning of period** | 47,813.40 |
| **Cash at end of period** | 73,384.67 |

2:07 PM

06/29/17

Accrual Basis

# Atlanta Grotnes Machine Company
## Profit & Loss
### January 1 through June 29, 2017

|  | Jan 1 - Jun 29, 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **40000 · Sales** | |
| 40050 · Machinery & Equipment | 650,075.00 |
| 40100 · Closing Tools | 338,488.08 |
| 40200 · Misc.( Travel, Reimburseables) | 4,903.76 |
| 40300 · Parts & Tooling | 335,506.62 |
| 40600 · Shipping and Delivery Income | 10,512.52 |
| 40700 · Service Trips | 3,500.00 |
| **Total 40000 · Sales** | 1,342,985.98 |
| **Total Income** | 1,342,985.98 |
| **Cost of Goods Sold** | |
| **50000 · Cost of Goods Sold** | |
| 50100 · Direct Materials- M & E | 554,813.97 |
| 50120 · Direct Materials - Parts & Tool | 74,370.81 |
| 50150 · Direct Materials - CT | 18,266.05 |
| 50300 · Freight(out) | 38,621.88 |
| 50500 · Sales Tax/Serv charges (vendor) | 379.98 |
| **Total 50000 · Cost of Goods Sold** | 686,452.69 |
| **Total COGS** | 686,452.69 |
| **Gross Profit** | 656,533.29 |
| **Expense** | |
| **60000 · Operating Expense** | |
| **60100 · Payroll** | |
| **60110 · Officers** | |
| 60101 · Net Pay | 71,631.69 |
| 60102 · Officer Taxes & Deductions | 37,406.46 |
| **Total 60110 · Officers** | 109,038.15 |
| **60200 · Office Staff** | |
| 60201 · Net Pay | 24,200.02 |
| 60202 · Employee Taxes & Deductions | 8,514.98 |
| **Total 60200 · Office Staff** | 32,715.00 |
| **60300 · Direct Labor( Production)** | |
| 60301 · Net Pay | 96,841.75 |
| 60302 · Employee Taxes & Deductions | 48,837.53 |
| **Total 60300 · Direct Labor( Production)** | 145,679.28 |
| **60310 · Engineering** | |
| 60311 · Net Pay | 14,351.07 |
| 60312 · Employee Taxes & Deductions | 13,149.13 |
| **Total 60310 · Engineering** | 27,500.20 |
| **60320 · Production Managers** | |
| 60321 · Net Pay | 20,166.16 |
| 60322 · Employee Taxes & Deductions | 19,833.80 |
| **Total 60320 · Production Managers** | 39,999.96 |
| 60360 · Retirement Pay | 22,725.00 |
| 62400 · Payroll Taxes -Employer | 28,172.05 |
| 62450 · Labor & O'head- WIPs Inventory | -51,053.05 |
| **Total 60100 · Payroll** | 354,776.59 |

2:07 PM

06/29/17

Accrual Basis

# Atlanta Grotnes Machine Company
## Profit & Loss
### January 1 through June 29, 2017

|  | Jan 1 - Jun 29, 17 |
|---|---|
| **60400 · Advertising & Promotion** |  |
| 60450 · Marketing | 5,730.79 |
| **Total 60400 · Advertising & Promotion** | 5,730.79 |
| **60600 · Automobile Expense** | 4,797.90 |
| **60900 · Commissions/Consutation** | 16,250.00 |
| **60950 · Manufacturing Supplies** | 138.78 |
| **61000 · Freight(In)** |  |
| 61010 · Freight- Direct Material | 4,659.70 |
| 62190 · Freight- Misc | 742.19 |
| **Total 61000 · Freight(In)** | 5,401.89 |
| **61400 · 100% deductible Meals and Enter** | 661.67 |
| **61450 · 50%  deductible Meals and Ent** | 11,427.64 |
| **61500 · Insurance Expense** |  |
| 61600 · Business- General/Fire | 18,802.65 |
| 61700 · Workmens Comp | 49.40 |
| 61790 · GP Medical /POST TAX | 768.52 |
| 61800 · Post Tax Disability | 40.97 |
| 61810 · S125 Group Medical | 8,462.62 |
| 61820 · PRE-TAX | 300.54 |
| **Total 61500 · Insurance Expense** | 28,424.70 |
| **62000 · Equipment Rentals** | 1,947.20 |
| **62150 · Small Tools , Jigs & Fixtures** | 5,189.13 |
| **62180 · Shipping Supplies** | 1,249.83 |
| **62210 · Misc.Plant Supplies** | 7,632.51 |
| **62700 · Repairs and Maintenance** |  |
| 62720 · Repair & Maintenance - M & E | 1,547.53 |
| **Total 62700 · Repairs and Maintenance** | 1,547.53 |
| **62790 · Interest Expense** | 4,184.45 |
| **62800 · Taxes, Licenses - Other** | 708.61 |
| **62900 · Office & Gen admin** |  |
| 60800 · Bank & CC fees & charges | 4,260.21 |
| 62100 · Janitorial Services | 2,863.32 |
| 62200 · Computer and Internet Expenses | 2,688.99 |
| 62500 · Postage | 213.98 |
| 62600 · Office Supples | 972.91 |
| 62740 · Maintenance Contract | 16,050.84 |
| 63000 · Telephone Expense | 7,638.13 |
| 63100 · Utilities |  |
| 63110 · Water | 5,330.13 |
| 63120 · Natural Gas | 7,741.95 |
| 63130 · Electricity | 17,583.50 |
| Total 63100 · Utilities | 30,655.58 |
| 63350 · 401K Admin Expense | 2,206.25 |
| **Total 62900 · Office & Gen admin** | 67,550.21 |
| **63200 · Travel Expense** | 15,715.35 |
| **63300 · Professional Fees** | 45,472.50 |
| **Total 60000 · Operating Expense** | 578,807.28 |
| **69800 · Uncategorized Expenses** | 5,119.66 |
| **Total Expense** | 583,926.94 |
| **Net Ordinary Income** | 72,606.35 |

Page 2

2:07 PM

06/29/17

Accrual Basis

# Atlanta Grotnes Machine Company
## Profit & Loss
### January 1 through June 29, 2017

|  | Jan 1 - Jun 29, 17 |
|---|---|
| **Other Income/Expense** | |
| **Other Income** | |
| 80300 · Gain/ loss on disposal of Asset | 18,029.47 |
| 80450 · Dividend Income | 309.00 |
| **Total Other Income** | 18,338.47 |
| **Net Other Income** | 18,338.47 |
| **Net Income** | **90,944.82** |

**Fill in this information to identify the case:**

Debtor name    **Atlanta Grotnes Machine Company**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2017**     X **/s/ Alan Grotnes** _____
                                           Signature of individual signing on behalf of debtor

                                           **Alan Grotnes** _____
                                           Printed name

                                           **Vice President, Operations** _____
                                           Position or relationship to debtor

```
Fill in this information to identify the case:

Debtor name    Atlanta Grotnes Machine Company

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF
                                          GEORGIA

Case number (if known):  _____
```

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| General Steel Drum Corp. 4500 South Blvd Charlotte, NC 28209 | Terry Lynn T: (704) 525-7160 E: terry.lynn@ generalsteeldrum. com | Trade Debt | | | | $297,587.50 |
| Imballaggi Invernizzi SPA Via della Gandina, 24 20060 Trezzano Rosa (MI), Italy | Enrico Invernizzi T: (+39) 02 90960340 F: (+39) 02 90968718 E: einvernizzi@ invernizzimb.it | Trade Debt | Disputed | | | $257,765.70 |
| Chase Card Services Cardmember Service PO Box 1423 Charlotte, SC 28201-1423 | | Trade Debt | | | | $44,000.00 |
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | | Trade Debt | | | | $39,934.66 |
| Jeffries Machine Company, Inc. 5413 Salem Rd. Covington, GA 30016 | Wes Ardiel T: (770) 786-3569 F: (770) 786-9970 E: wardiel@ jeffriesmachine. com | Trade Debt | | | | $21,986.00 |
| EDM Technologies, Inc. 325 Bell Park Drive Woodstock, GA 30188 | John Cater, Jr. T: (770) 924-8328 F: (770) 924-7987 E: johncater@ edmtechnologies. net | Trade Debt | | | | $7,950.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor   **Atlanta Grotnes Machine Company**

     Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alro Steel Corporation 12933 Sam Neely Road Charlotte, NC 28273** | **Jeff Schoendorf T: (704) 588-5880 F: (704) 588-5897 E: jschoendorf@ alro.com** | **Trade Debt** | | | | **$4,704.62** |
| **International Knife & Saw, USA 1435 N. Cashua Rd. Florence, SC 29501** | **Charley Mitchell T: (843) 292-1465 E: cmitchell@ iksinc.com** | **Trade Debt** | | | | **$1,956.98** |
| **Hydradyne, LLC 3180 Reps Miller Road NW Suite 200 Norcross, GA 30071** | **Jeff Paige T: (770) 986-9999 F: (770) 986-9990 E: jpaige@hydradyne llc.com** | **Trade Debt** | | | | **$1,661.72** |
| **Ionic Technologies, Inc. 207 Fairforest Way Greenville, SC 29607** | **Amanda Larison T: (864) 288-9111 E: amanda@ionic-tech.com** | **Trade Debt** | | | | **$1,573.60** |
| **MSC Industrial Supply Co. 100 MSC Drive Jonestown, PA 17038** | **Cathy Arndt T: (717) 861-1985 E: arndtc@ mscdirect.com** | **Trade Debt** | | | | **$1,414.87** |
| **Hartfiel Automation 6533 Flying Cloud Drive Ste 100 Eden Prairie, MN 55344** | **Jason Young T: (678) 221-2713 F: (678) 221-2750 E: jason.young@ hartfiel.com** | **Trade Debt** | | | | **$518.70** |
| **Tru-Kut, Inc. PO Box 37 Austell, GA 30168** | **Patrice Kohler T: (404) 873-4341 F: (404) 872-5838 E: tru-kut@mind spring.com** | **Trade Debt** | | | | **$426.79** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Atlanta Grotnes Machine Company**                                Case No. _____
                                              Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President, Operations of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 30, 2017**                    **/s/ Alan Grotnes**
                                              **Alan Grotnes**/**Vice President, Operations**
                                              Signer/Title

Alice Grotnes
120 Green Fall Pointe
Sandy Springs, GA 30350


Alro Steel Corporation
12933 Sam Neely Road
Charlotte, NC 28273


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Chase Card Services
Cardmember Service
PO Box 1423
Charlotte, SC 28201-1423


EDM Technologies, Inc.
325 Bell Park Drive
Woodstock, GA 30188


Eugene Grotnes
1280 Tynecastle Way
Sandy Springs, GA 30350


General Steel Drum Corp.
4500 South Blvd
Charlotte, NC 28209


Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303


Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345

Hartfiel Automation
6533 Flying Cloud Drive
Ste 100
Eden Prairie, MN 55344


Hydradyne, LLC
3180 Reps Miller Road NW
Suite 200
Norcross, GA 30071


Imballaggi Invernizzi SPA
Via della Gandina, 24
20060 Trezzano Rosa (MI), Italy


Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
401 W. Peachtree St., NW
Stop 334-D
Atlanta, GA 30308


International Knife & Saw, USA
1435 N. Cashua Rd.
Florence, SC 29501


Ionic Technologies, Inc.
207 Fairforest Way
Greenville, SC 29607


Jeffries Machine Company, Inc.
5413 Salem Rd.
Covington, GA 30016


MSC Industrial Supply Co.
100 MSC Drive
Jonestown, PA 17038

Tru-Kut, Inc.
PO Box 37
Austell, GA 30168